THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER [SBN 136820]
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2454
    Facsimile: (213) 894-0115
e-mail: Thomas.Coker@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CV 06-06311 RGK(CTx) |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] JUDGMENT<br>) PERMANENTLY ENJOINING |
| v. | ) DEFENDANT ARNOLD C. LIBMAN<br>) FROM ENGAGING IN CERTAIN |
| ARNOLD C. LIBMAN, | ) CONDUCT SUBJECT TO INCOME TAX<br>) RETURN PREPARER PENALTY UNDER |
| Defendant. | ) 26 U.S.C. SECTION 6694 |

    Pursuant to the stipulation between the plaintiff, the United States of America, and the defendant, Arnold C. Libman, and the preliminary injunction entered in this case on February 5, 2007,

IT IS, ACCORDINGLY, HEREBY ORDERED, ADJUDGED, AND DECREED, that pursuant to 26 U.S.C. Sections 7407(b) and 7402(a), defendant Arnold C. Libman along with his agents, servants, employees, attorneys, or any other persons in active concert or participation with him are PERMANENTLY ENJOINED from:

    a.   Engaging in certain conduct subject to penalty under I.R.C. Section 6694, namely preparing federal income tax returns or claims for refund that overstate the allowable amount of medical expenses, charitable contributions and/or employee business expenses.  In furtherance of this injunction, the defendant, along with any agents, servants, employees, attorneys, or other persons in active concert or participation with him, shall comply with all applicable laws, regulations and administrative procedures in preparing any return containing Schedule A deductions, including but not limited to deductions for medical expenses, charitable contributions and/or employee business expenses, including, but not limited to, (i) ensuring that such deductions are allowable and properly documented at the time the return is prepared or filed in accordance with applicable Treasury Publications including the official instructions in Treasury Publication 17 Tax Guide for

Individuals), Pub. 526 (Charitable Contributions), Pub. 8283 (Noncash Charitable Contributions), Pub. 529 (Misc. Deductions), Pub. 535.(Bus. Expenses), Pub. 587 (Bus. Use of Your Home), Pub. 946 (How to Depreciate Property) and the official instructions to Form 1040, Sch. A to Form 1040, Form 2106 and 2106-EZ, and Form 8283, retaining copies of such documentation for examination by the IRS, (ii) explaining these deductions to each customer and pointing out to the customer their location(s) on the return before the customer signs the return, (iii) completing and attaching any and all required Treasury Forms for such deductions, including but not limited to Form 8283 for Noncash Charitable Contributions totaling $500 or more and Form 2106 or 2106-EZ for Employee Business Expenses, and (iv) ensuring that such deductions are properly itemized and reported on Schedule A of the return in accordance with the official instructions thereto and the relevant Treasury Publications identified above.  Further, the defendant along with any agents, servants, employees, attorneys, or other persons in active concert or participation with him, is permanently enjoined from advising or suggesting that a taxpayer's cost basis in goods donated to a charitable organization may be used as the fair market value of those

3

goods for purpose of determining the taxpayer's charitable deduction amount;

b.   Engaging in conduct subject to penalty under I.R.C. Section 6701, "Penalties for Aiding and Abetting Understatement of Tax Liability," including preparing or assisting in the preparation of a document related to a matter material to the internal revenue laws that he knows will (if so used) result in an understatement of another person's tax liability;

c.   Instructing, advising, or assisting other persons to understate their federal tax liabilities;

d.   Engaging in any other conduct that interferes with the proper administration and enforcement of the internal revenue laws; and

e.   Misrepresenting any of the terms of this injunction.

If, after the date of this order, the defendant resumes preparing (or helping to prepare) federal income tax returns, amended returns, refund claims, or other federal tax-related documents, he shall inform each of his customers about the terms of this order. Further, on or before the last day of August each year, he shall produce to the IRS, care of Revenue Agent Carol Lee, 300 N. Los Angeles Street,

4

Examination Division, Los Angeles, California, 90012, a list of all of his customers for the previous calendar year, providing name, address, phone number and/or email address, and social security number/EIN for each such customer.

4. Nothing in this order shall be construed to compromise, preclude or otherwise affect any other proceedings against or involving the defendant, civil or criminal, whether not pending or hereafter commenced. The United States may engage in discovery under the Federal Rules of Civil Procedure to monitor compliance with the terms of this order, and this Court shall retain jurisdiction for the purpose of implementing and enforcing this order and all additional orders necessary and appropriate to the public interest.

5. The parties hereto shall bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: January 7, 2009

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS D. COKER
United States Attorney
SANDRA R. BROWN

1  Assistant United States Attorney
   Chief, Tax Division
2
3
   THOMAS D. COKER
4  Assistant United States Attorney
5
6  United States v. Arnold C. Libman,
   CV 06-6311-RGK (Ctx)
7  Judgment Permanently Enjoining Defendant
   Arnold C. Libman From Engaging in Certain
8  Conduct Subject to Income Tax Return
   Preparer Penalty Under 26 U.S.C. Section 6694
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28